In re Edward J. ZIBRO Jr., Debtor.

Bankruptcy No. 81–00817–BKC–JAG.

United States Bankruptcy Court,
S.D. Florida.

Dec. 9, 1983.

Edmund A. Adamo, Pompano Beach, Fla., for debtors.

A.W. Beck, Plantation, Fla., Trustee.

Charles Throckmorton, c/o Kozyak & Tropin, Miami, Fla., for William Dunne.

ORDER REOPENING CASE AND SETTING EVIDENTIARY HEARING

JOSEPH A. GASSEN, Bankruptcy Judge.

This matter came before the court on October 17, 1983 on the debtor's motion to reopen the case to amend his schedules by adding a creditor not previously listed. The court concludes that it is bound by *Robinson v. Mann,* 339 F.2d 547 (5th Cir.1964), made binding precedent of the Eleventh Circuit through *Bonner v. City of Prichard,* 661 F.2d 1206 (11th Cir.1981). Further, the court concludes that the adoption of 11 U.S.C. § 523(a)(3) does not change the applicability of *Robinson,* which was decided under the Bankruptcy Act, although the legislative history is not entirely clear on this point. Under *Robinson,* a debtor may be permitted to amend his schedules beyond the date for filing claims, but such an amendment will only be allowed in exceptional circumstances in the equitable discretion of the court. Also, e.g., *In re Souras,* 19 B.R. 798 (Bkrtcy.E.D.Va.1982) and *In re Holloway,* 10 B.R. 744 (Bkrtcy.D.R.I.1981). An evidentiary hearing is necessary to determine whether the debtor here should be permitted to amend his schedules to list William A. Dunne as a creditor and whether exceptional circumstances exist. Counsel are urged to present to the court case law defining "exceptional circumstances" prior to the hearing date. It is, therefore,

ORDERED that:

1. The case be reopened, with payment of the filing fee waived until the next hearing, at which time it will be determined whether or not a filing fee is required.

2. A hearing is set on *Monday, January 9, 1984, at 9:15 a.m., in the United States Courthouse, Courtroom No. 206A, 299 East Broward Boulevard, Fort Lauderdale, Florida,* on the debtor's Motion to Amend Schedule of Unsecured Creditors.